UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Louisa M. Bell, Janell Holloway
Briggs, Rachel Collins, Billie K.
Cook, Rosie L. Franklin, Fatima
Jones, Rosalie W. Kergosien,
Mattie Liggans,

        Plaintiffs,

vs.

Wyeth, d/b/a Wyeth, Inc., Wyeth
Pharmaceuticals, Inc.,

        Defendants.

Civil No. 06-651 (RHK/AJB)

**DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 22, 2006

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge